

UNDER PROTEST!
PERPETUALLY RETROACTIVE
* PAGE 1NE *

THE ALFRED "KING BILBO" GHULSON$ $OVEREIGN Re: LEGIOUS NATION$ HOLY DIVINE A.O. 239 (01/09; MINN. DIST. CT. MODIFIED 10/09 AND 4/14) APPLICATION TO' PROCEED IN DISTRICT COURT WITHOUT PREPAYING YEE$ OR CO$T$ (LONG FORM). UNAH THE 11EVEN MOST BLA$PHEMOU$ YEAR$ OF DURES$: 1NE. THREAT? 2WO. DURES$? 3HREE. COERCION? 4OUR. UNDUE INFLUENCE? 5IVE. RE: PRI$ALS? 6IX. OBFU$CATION? 7EVEN. PREVARICATION? 8IGHT. PERPETRATION? 9INE. ECONOMIC DE$FORMINATION? 10EN. FOOD AND $LEEP DEPRIVATION? AND 11EVEN. RELIGIOU$ DENOMINATION ELIMINATION? WHILE BEING $UB$TANTIALLY BURDENED A$'AN ALFRED "KING BILBO" GHULSON, OF THE CLOTH VERSION OF THE ABOVE WRITTEN YUCKEN DOCUMENTATION AND PROSELYTIZATION$ / MY NU' YUCKEN EXPLANATION. BECAUSE IT$ $HIT$ WET / WHILE I'M $PITTING DA$ $HIT: AND YUCK, $E CLEAREST FROM THE 1600 HUNDRED$ ... $O DARK THE $UN OF MAN, YOU DIG WHAT I'M $AYING?

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

PROFESSAH ARCHBISHOP KINGPIMP
SHORTYMACKNIFESENT,
PLAINTIFF / PETITIONAH

VER$U$

THE $TATE OF MINNESOTA FOR THE ACTION$ DAVID $. DOTY ET ALZA. William Bolen: WARDEN. KEITH ELLISON ATTORNEY GENERAL.
21T CENTURY — UNTIL THE END OF TIME A$ $AID BY MY PROPHET 2PAC AMARU $HAKUR, HUMAN EXI$TENCE... COPYRIGHTED, INTELLECTUAL PROPERTY RIGHT$, AND P.T.O. PROTECTION $UPER$EDE$ ALL CONTRACTUAL LIMITED TIME PROTECTION IN THE UNIVERSE. RE:$ERVING ALL RIGHT$ INCLUDING THE RIGHT OF RE:PRODUCTION OF THI$ DOCUMENT, OR PORTION$ THEREOF, IN ANY $HAPE OR FORM, INCLUDING ALL MEDIUM$ AND LANGUAGE$ KNOWN OR UNKNOWN... AD INFINITUM... NOT FOR $ALE NOR COPY: PERPETUALLY RETRO-ACTIVE! ON B/$ OF THE INTERNATIONAL ALFRED BILBO GHULSON CHURCH OF MINI$TRIE$, INCORPORATED. A$ THE PRE$IDENT AND REGI$TERED AGENT: PROFE$SAH ARCHBISHOP KINGPIMP SHORTYMACKNIFESENT, 2WENTY-1NE-2WO-11EVEN-19TEEN-18TEEN-14TEEN TU' THE 100ENTH POW'AH. 3HREE/3HIRTY-1NE/2WOTH.. AND $4!